JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA BLOEMENDAAL and DAVID NOTRICA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MORGAN STANLEY SMITH BARNEY LLC and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: EDCV 10-1455 DSF (PLAx)<br><br>JUDGMENT |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ruled in favor of defendants on a motion for summary judgment, IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 5/15/11

_____
Dale S. Fischer
United States District Judge